IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JAMES ELLIS III,<br>DWIGHT D. BRINSON,<br>MARLIN L WILLIAMS,<br>SHERMAN M. KIER,<br>ERNEST SHIPMAN,<br>TANIA S. CHAPMAN,<br>ERIC S. JONES,<br>EUGENE MARSHALL,<br>*on behalf of themselves and all similarly situated individuals*,<br><br>        Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br><br>        Defendant. | Civil Action No. 3:13-CV-00473-JAG |

## ORDER

This matter is before the Court upon the Parties' Joint Motion for a Scheduling Order. Upon consideration of the Joint Motion, the Memorandum in Support of the Joint Motion, and for good cause shown,

It is hereby ORDERED, ADJUDGED and DECREED that discovery and all other deadlines in the existing scheduling orders are stayed in this matter until April 8, 2014 and that Defendant's response to the pending Motion (Dkt. No. 22) and the First Amended Complaint will not be due until April 8, 2014 and will only be due if the Parties fail to file a Stipulation of Settlement by April 8, 2014.

It is further ORDERED, ADJUDGED and DECREED that the Parties shall file their Stipulation of Settlement on or before April 8, 2014 and their Joint Motion for Preliminary

2

Approval of Proposed Class Settlement, Certification of a Class for the Purposes of Settlement, and Approval of Form and Manner of Notice and their Stipulation of Settlement on or before April 8, 2014.

It is so ORDERED.

ENTERED this 10th day of March, 2014.

/s/ *[signature]*
John A. Gibney, Jr.
United States District Judge

Hon. John A. Gibney, Jr.
United States District Judge