IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES ELLIS III,
DWIGHT D. BRINSON,
MARLIN L WILLIAMS,
SHERMAN M. KIER,
ERNEST SHIPMAN,
TANIA S. CHAPMAN,
ERIC S. JONES,
EUGENE MARSHALL,
*on behalf of themselves and all similarly
situated individuals,*

          Plaintiffs,

    v.

SWIFT TRANSPORTATION CO. OF
ARIZONA, LLC,

          Defendant.

Civil Action No. 3:13-CV-00473-JAG

## ORDER

This matter is before the Court upon the Parties' Joint Motion for Extension of Scheduling Order Deadline. Upon consideration of the Joint Motion, the Memorandum in Support of the Joint Motion, and for good cause shown,

It is hereby ORDERED, ADJUDGED and DECREED that the Joint Motion for Extension of Scheduling Order Deadline is GRANTED. It is further ORDERED that the Parties shall file their Stipulation of Settlement and their Joint Motion for Preliminary Approval of Proposed Class Settlement, Certification of a Class for the Purposes of Settlement, and Approval of Form and Manner of Notice on or before April 15, 2014.

It is so ORDERED.

ENTERED this _8_ day of April, 2014.


_____/s/_____
John A. Gibney, Jr.
United States District Judge