IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES ELLIS, III, on behalf of himself
and all similarly situated individuals,

    Plaintiff,

v.

                                       Civil Case No. 3:13CV473

SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC,

    Defendant.

## ORDER

This matter comes before the Court on the Court's own initiative. The Final Approval of Settlement hearing, originally scheduled for 11:00 a.m. on Monday, October 6, 2014 (Dk. No. 39), is now scheduled for 3:00 p.m. on Monday, October 6, 2014.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                      /s/
                                        John A. Gibney, Jr.
                                        United States District Judge

Date: September 24, 2013
Richmond, VA