| First Name | Last Name |
|---|---|
| JAMES RICHARD | ANDRES |
| HUGO | ASENCIO |
| CHAD | ASTI |
| JOHN R | BADEY |
| BRANDT | BECKER |
| MICHAEL | BICKLEY BEY |
| KENNETH | BROWN |
| MERLIN | BRYAN |
| DEBORAH | BUCKMASTER GROEBER |
| JOSE | CAMACHO |
| MARCOS J | CARDOSO |
| PATRICK LEE | COFFEY |
| ROGER | COLDIRON |
| MANUEL | CONNER |
| JORGE | CORVO |
| RAPHARD LEE | COX |
| THANH PHUC | DANG |
| CASEY | DASS |
| YONAS | DEMISSIE |
| SEAN | FITZPATRICK |
| PATRICIA D | FORD |
| JAMES | GOHLKE |
| STACY ALLEN | GRAY |
| RANDY | GUTHRIE |
| AARON | HALL |
| DONALD L | HARRIS JR |
| TAMRM | HORTON |
| JARRELL | JACKSON |
| ROBERT L | JONES |
| JESSE | LOGAN |
| ROBERT | MAYER |
| I | MCCONAGHY |
| C | MCCONAGHY |
| GEORGE | MCMILLEN |
| FRANCISCO JAVIER | MORENO |
| BRYAN | MULLINS |
| HENRY MBUGUA | NJUGUNA |
| NILESH | PATEL |
| GREGORIO | REBOLLAR |
| WILLIAM T | REYNOLDS JR |
| RAMONA | SANCHEZ |
| JAIME | SANTANA |
| LUIS | SANTIAGO-DIAZ |
| BRUCE | SCHAUER |
| MIKE | SIEGEL |

| | |
|---|---|
| ROBERT | SIMMONS |
| SCOTT | STANLICK |
| DANIEL | STAPLETON |
| YOUNATAN | TAMARZIAN |
| LAWRENCE MITCHELL | TAYLOR |
| DANNY | THOMAS |
| HADEL | TOMA |
| VICTOR | VASQUEZ |
| JEFFREY SCOTT | WICKMAN |
| JULIUS | WYMAN |